UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FURMINATOR, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10 CV 1829 RWS |
| SERGEANT'S PET CARE PRODUCTS, INC., et al., | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the conference pursuant to Rule 16, Fed.R.Civ.P., is reset from 11:30 a.m. to **9:00 a.m. on Friday, May 27, 2011** in my chambers.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of May, 2011.